306 F.2d 493
 UNITED STATES of America
v.
Henry E. HOFFMAN, Jr., individually, and as surviving spouse
of Rosemary Hoffman, deceased, et al.
 No. 6887.
 United States Court of Appeals Tenth Circuit.
 July 11, 1962.
 
 Louis F. Oberdorfer, Asst. Atty. Gen., Washington, D.C., and John M. Imel, U.S. Atty., Tulsa, Okl., for appellant.
 Boone & Ellison, Tulsa, Okl., J. Eben Hart, Oklahoma City, Okl., and L. Keith Smith, Jay, Okl., for appellees.
 Before MURRAH, Chief Judge, and PICKETT and HILL, Circuit Judges.
 PER CURIAM.
 
 
 1
 Affirmed without written opinion, on authority of case No. 6886, United States of America v. Hallam, 10 Cir., 304 F.2d 620, affirmed May 25, 1962.